IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLIE IRENE MCLAUGHLIN, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-17-794-W |
| ) | |
| COMMISSIONER OF SOCIAL ) SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On May 18, 2018, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter and recommended that the decision of the defendant, Commissioner of Social Security ("Commissioner"), to deny the Applications for Disability Insurance Benefits and Supplemental Security Income filed by plaintiff Billie Irene McLaughlin be affirmed. See Doc. 31. McLaughlin was advised of her right to object to Magistrate Judge Purcell's findings and conclusions, see id. at 14, and although she was warned of the consequences of her failure to do so, see id., no objections have been filed within the allotted time.

Upon review, the Court concurs with Magistrate Judge Purcell's suggested disposition of this matter and with his determination that the arguments asserted by McLaughlin regarding the Administrative Law Judge's evaluation of certain medical opinion evidence lack merit. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and the record shows that the correct legal standards were applied. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 31] issued on May 18, 2018;

(2) AFFIRMS the Commissioner's decision to deny McLaughlin's Applications for Disability Insurance Benefits and Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 8th day of June, 2018.

                    LEE R. WEST
                    UNITED STATES DISTRICT JUDGE